IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

STEVE R. MARTIN,

        Plaintiff,

v.                                       CIVIL ACTION NO.   5:13-cv-24436

MEADWESTVACO CORPORATION,

        Defendant.

**ORDER OF DISMISSAL**

On May 14, 2014, the Court was advised by the mediator that the above-styled civil action has been compromised and settled.   Therefore, after careful consideration, the Court does hereby **ORDER** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of the Court.   The Court further **ORDERS** that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

It is also **ORDERED** that any motions pending at the time of this dismissal are hereby **TERMINATED AS MOOT**.

Lastly, the Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

                                          ENTER:      June 2, 2014

                                          IRENE C. BERGER
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF WEST VIRGINIA